IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL O. FOSTER,

    Petitioner,

-vs-

TERRY WILLIAMS,

    Respondent.                         No. 12-cv-1172-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on October 28, 2014 (Doc. 27), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** The Court declines to issue a certificate of appealability.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT


                                          BY:  s/*Caitlin Fischer*
                                                Deputy Clerk


**DATED:** October 30, 2014

David R. Herndon
2014.10.30
15:13:21 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**